

**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                **CHAPTER 13 NO:**

RACHEL M. MCMILLIAN                                  22-13147-SDM

### FINAL ORDER OF DISMISSAL

THIS CAUSE came on for consideration on the Oral Motion of the Trustee for a Final Order of Dismissal of this Chapter 13 Case, and the Court, being fully advised in the premises, does hereby find and Order as follows:

THAT, pursuant to an Order entered by this Court on or about June 12, 2023, original being in the Court file, the Debtor was not to become more than 60 days delinquent in Chapter 13 plan payments.

THAT, the Debtor has failed to abide by the aforesaid Order, as the Debtor has remitted no payments since April 2023, even after an abatement of arrears of over $10,800.00 was granted through June 2023.

THAT, the Trustee's Motion is sustained, and this case is hereby dismissed.

###END OF ORDER###

SUBMITTED BY:

/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON, MS 39043
601-825-7663; attorney.tyree@ch13mstrustee.com